OPINIONS PER CURIAM, ETC., MAY 13 AND 27, 1907.

No. —; Original. *Ex parte:* IN THE MATTER OF GEORGE H. CRAWFORD, PETITIONER. Submitted April 29, 1907. Decided May 13, 1907. Motion for leave to file petition for a writ of *habeas corpus* denied. *Mr. Seth T. McCormick* for petitioner. *Mr. A. L. Cole, Mr. Jno. Houston Merrill* and *Mr. C. H. McCauley* opposing.

---

No. —, Original. IN THE MATTER OF CHARLES UGHBANKS, PETITIONER. Submitted April 29, 1907. Decided May 13, 1907. Motion for leave to file petition for a writ of *habeas corpus* denied. *Mr. J. B. Chaddock* for petitioner.

---

No. 17, Original. *Ex parte:* IN THE MATTER OF THE ST. LOUIS MINING AND MILLING COMPANY OF MONTANA, PETITIONER. Submitted April 29, 1907. Decided May 27, 1907. *Per Curiam.* Rule discharged and petition for writ of mandamus dismissed. *In re Rice, Petitioner,* 155 U. S. 396; *In re Pollitz, Petitioner,* this day decided, *ante,* p. 323. *Mr. Jackson H. Ralston* for petitioner. *Mr. Charles J. Hughes, Jr., Mr. W. E. Cullen, Mr. A. B. Browne* and *Mr. Alexander Britton* for respondent.